360 A.2d 650
Commonwealth v. Keller, Appellant.

Argued June 14, 1976. Daniel H. Shertzer, for appellant; Charles A. Achey, Jr., Assistant District Attorney, with him D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

360 A.2d 626
Commonwealth v. Lambert, Appellant.

Argued June 17, 1976. Anthony D. Pirillo, Jr., with him Salvatore J. Cucinotta, for appellant; Jane Cutler Greenspan, with her F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.